# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

TRACY THOMAS

    Plaintiff(s),

    v.              CASE NUMBER:    4:07CV1245HEA

DRAPER AND KRAMER, INC., etal

    Defendant(s).

:   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9   **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

9   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on the claim of plaintiff Tracy Thomas for personal injury, judgment is entered in favor of Defendant Draper and Kramer, Inc. and Lucas-Hunt Associates and against plaintiff Tracy Thomas.

James G. Woodward
CLERK

March 11, 2009
DATE

By: /s/ C. Lippold
DEPUTY CLERK